IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| JASON TOOLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY LIFE ASSURANCE )<br>COMPANY OF BOSTON, )<br>)<br>Defendant. )<br>) | C.A. No. 6:16-CV-00213-MGL |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' Motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation:                                              September 28, 2016

    b. Cross Motions for Judgment and Joint Stipulation:      October 28, 2016

    c. Replies:                                                November 2, 2016

**IT IS SO ORDERED**.

                                                    s/Mary Geiger Lewis
                                                    MARY GEIGER LEWIS
                                                    UNITED STATES DISTRICT JUDGE

August 1, 2016
Greenville, South Carolina